**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01658-CV

### SULMA GONZALES, Appellant

### V.

### THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

We **GRANT** appellant's December 2, 2014 motion for an extension of time to file a reply

brief. Appellant shall file a reply brief by **DECEMBER 22, 2014**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE